175 A.3d 176

VERONICA CARTER, PLAINTIFF-PETITIONER, v. JOSEPH POPOVICH, DEFENDANT-RESPONDENT.

C–360 September Term 2017
079653

November 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001072–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.